# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 4, 2021

## NO. 03-20-00561-CV

**Djoulou K. Caldwell, Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on November 20, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.